

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00306-CR

| | | |
|---|---|---|
| TERRANCE OMAR CARTER, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1767868) |
| v. | § | July 11, 2024 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the trial court's judgment of conviction on Count One and render a judgment of acquittal on that count. We affirm the trial court's judgment on Count Two.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
Justice Dabney Bassel